IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00116-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     SHENG HUANG;
2.     YUE DE DENG;
3.     GUANG DONG FENG;
**4.     PINGWEN BAI**;
5.     FUYIN DENG;
6.     TRAN VAN,

        Defendants.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Government's Motion for Reconsideration of the Court's Minute Order of September 3, 2008, (Document #117) or Motion for an Enlargement of Time to Translate, and Request for Hearing (Motion) filed September 25, 2008, **(#140)** by the Government. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **October 1, 2008.** The Motion and any response will be heard at the currently set hearing on **October 2, 2008, at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 25th day of September, 2008.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge