# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: October 30, 2008 |
| Court Reporter: | Paul Zuckerman | |
| Interpreter: | Rose Yan | |

Criminal Action No. 08-cr-00116-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,          Wayne Campbell

        Plaintiff,

v.

4. PINGWEN BAI,                             Daniel Carr

        Defendant.

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**3:35 p.m.**    **Court in session.**

Defendant present on bond.

Interpreter sworn.

Defendant is arraigned on Count 1 of the **Indictment**. Defendant pleads guilty to Count 1 of the **Indictment.**

Defendant sworn.

Defendant advised regarding:

        1)     The Plea Agreement;
        2)     The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
        3)     The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:**     Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received.

**ORDER:**     Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Indictment.**

**ORDER:**    Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**    Sentencing hearing is set **March 2, 2009, at 9:15 a.m,** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:**    Pending Motions **(Doc. #112, 140)** are **DENIED** as moot.

The Defendant requests permission to travel. The Government has no objection.

**ORDER:**    Bond is continued. There is no modification at this time in the conditions of release. We will await some agreement with the Probation Department and the submission of an appropriate order.

**4:13 p.m.**    **Court in recess.**

**Total Time:**    **38 minutes.**
**Hearing concluded.**