IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00116-MSK-04

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PINGWEN BAI,

      Defendant.

---

## ORDER MODIFYING CONDITIONS OF BOND

---

This matter comes before the court upon the defendant's request to have the conditions of his bond modified to allow him to move with his family to Metarie, Louisiana, during the adjudication of the above-captioned case.

The Probation Office contacted the U.S. Pretrial Services Office in the Eastern District of Louisiana, and they have agreed to provide courtesy supervision. Therefore, it is

**ORDERED** that the Order Setting Conditions of Release for this defendant be modified to allow defendant to move with his family to Metarie, Louisiana, and that defendant be restricted to travel within the state of Louisiana except to attend court hearings in the District of Colorado unless defendant obtains prior permission from the court.

DATED at Denver, Colorado, this 17th day of November, 2008.

                          **BY THE COURT:**

                          _____

                          Marcia S. Krieger
                          United States District Judge