IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: March 4, 2009
Court Reporter: Paul Zuckerman
Probation Officer: Douglas Randolph
Interpreter: Rose Yan

Criminal Action No. 08-cr-00116-MSK

*Parties*:                                                    *Counsel*:

UNITED STATES OF AMERICA,                    Wayne Campbell

       Plaintiff,

v.

4. PINGWEN BAI,                                         Daniel Carr

       Defendant.

---

### SENTENCING MINUTES
---

**10:09 a. m.    Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on October 30, 2008. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The defendant **does** dispute the facts contained in the presentence report. Statement by Mr. Carr. The Government has no objection to amending the presentence report as noted by Mr. Carr. The Court directs that the presentence report is amended to reflect the facts stated.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #192**). Argument by Mr. Campbell. The defendant has no objection.

The Defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #196**). Argument by Mr. Carr. The Government does not object.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** Government's Motion for Downward Departure (**Doc. #192**) is **GRANTED.**

**ORDER:** Defendant's Motion for Variance (**Doc. #196**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond will be exonerated at the time of voluntary surrender to the institution designated by the Bureau of Prisons.

**11:15 a.m.** **Court in recess.**

Total Time: 1 hour 6 minutes.
Hearing concluded.